# Chaffin *v.* New South Building & Loan Association.

APPEAL from the Chancery Court of Pike.
Heard before the Hon. WILLIAM L. PARKS.

GUNTER & GUNTER and M. N. CARLISLE, for appellant.

A. C. WORTHY, for appellee.

The bill in this case was originally filed by the appellant against the appellee, seeking to rescind a certain contract and mortgage made by the complainant to the defendant building and loan association.

The appeal was prosecuted from a decree dismissing the bill for the want of equity.

The decree is affirmed on the authority of *Bell v. Southern Home B. & L. Association, infra,* p. 371.

Opinion by SHARPE, J.

# Alford *v.* The State.

APPEAL from the City Court of Montgomery.
Tried before the Hon. WILLIAM H. THOMAS.

No counsel marked as appearing for appellant.

MASSEY WILSON, Attorney-General, for the State.

The appellant in this case, Jim Alford, was indicted, tried and convicted for an assault with intent to murder, and sentenced to three years' imprisonment in the penitentiary.

The judgment of conviction was affirmed.